IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

DEANNA DUFFER )
)
v. ) NO. 3:04-0771
) JUDGE CAMPBELL
TOSHIBA AMERICA CONSUMER )
PRODUCTS, LLC )

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 14). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and this action is DISMISSED.

The trial set for December 6, 2005, and the pretrial conference set for November 28, 2005, are canceled.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE